SHAVER, KORFF & CASTRONOVO LLP
16255 Ventura Boulevard, Suite 850
Encino, California 91436
Phone: (818) 905-6001 / Fax: (818) 905-6004

JS-6

TOD M. CASTRONOVO, STATE BAR NO. 97477

Attorneys for Defendant STATE FARM GENERAL
INSURANCE COMPANY

SUPERIOR COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD and MARINA AZARIAN,<br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br>Defendants. | No. 8:21−cv−00988−JVS−KES<br><br>**ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION** |

   IT IS HEREBY ORDERED that pursuant to counsel's stipulation, this action is dismissed in its entirety, with prejudice.

Dated: March 16, 2022

_____
JAMES V. SELNA
United States District Judge

- 1 -

****
O:\ECF Ready\Azarian - Order on Stip to Dismiss doc